IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BRIAN KEITH SILER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 1:15CV961 |
| MUNICIPALITY OF RANDOLPH, COUNTY, et al., | ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the Court in accordance with 28 U.S.C. § 636(b) and, on November 19, 2015, was served on the parties in this action. (ECF Nos. 3, 4.) Plaintiff filed an Objection to the Recommendation (ECF No. 6). The Court has appropriately reviewed the portions of the Magistrate Judge's Recommendation to which objection was made and has made a *de novo* determination in accord with the Magistrate Judge's Recommendation. The Court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new action, on the proper forms, which corrects the defects in the current complaint. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 10th day of December, 2015.

                  /s/ Loretta C. Biggs
                United States District Judge